JAY D. CRADDOCK
CHIEF U.S. PROBATION OFFICER
2500 TULARE STREET, SUITE 3401
FRESNO, CALIFORNIA 93721
TEL: (559) 499-5700
FAX: (559) 499-5745

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

REPLY TO:
SOUTH PLACER BUSINESS PARK
1380 LEAD HILL BLVD., SUITE 225
ROSEVILLE, CA 95661-2998
TEL: (916) 786-8508
FAX: (916) 786-8915

Visit our website at www.caep.uscourts.gov

October 13, 2006



FILED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                          RE:    Sergey IVANCHIKOV
                                  Docket Number: 2:96CR00298-03
                                  RELEASE OF INFORMATION
                                  (PRESENTENCE REPORT)

Your Honor:

Sergey Ivanchikov was sentenced on May 18, 1998, by Your Honor following convictions of 18 USC 371, 511, and 2321 - Conspiracy to Alter and Remove Vehicle Identification Numbers and to Traffic in Certain Motor Vehicles and Motor Vehicle Parts (Class D Felonies); and 18 USC 2321 - Trafficking in Certain Motor Vehicles and Motor Vehicle Parts (Class C Felonies). The releasee completed his term of Supervised Release on November 9, 2001, and he is now applying for a California State Contractor's License.

The State Licensing Board is requiring him to produce a number of documents relating to his conviction and rehabilitation, including a copy of his pre-sentence report. Your Honor's approval is necessary prior to releasing a copy of the pre-sentence report. With your approval, I will provide Mr. Ivanchikov with a copy of this report so he can proceed with his contractor's application.

                            Respectfully,

                            *Michael A. Sipe*

                          **MICHAEL A. SIPE**
                        **Senior United States Probation Officer**

MAS:jc

RE: Sergey IVANCHIKOV
Docket Number: 2:96CR00298-03
RELEASE OF INFORMATION
(PRESENTENCE REPORT)

**THE COURT ORDERS:**

(✓) Release of the Presentence Report is approved as recommended.

( ) Release of the Presentence Report is not approved at this time. Probation Officer to contact Court.

( ) Other:

10/17/06
**Date**

**Signature of Judicial Officer**